# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:06CR160

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| NORMAN WILFRED VIGUE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS MATTER came on before the court, pursuant to a motion filed by the defendant entitled "Motion to Modify Conditions of Release" (#22) and it appearing to the court that good cause has been shown for the granting of said motion and that the government agrees to the motion.

**ORDER**

IT IS, THEREFORE, **ORDERED** that "Motion to Modify Conditions of Release" (#22) is **ALLOWED** and the terms and conditions of pretrial release of the defendant are hereby modified as follows:

1. That the defendant will be allowed to leave the Western District of North Carolina to travel to Norwood, Massachusetts on August 22, 2007. The defendant is to return to the Western District of North Carolina in Charlotte, North Carolina on August 28, 2007.

2. That the defendant provide all passports in his possession to the United States Probation Office prior to his leaving for Massachusetts and that he agree not to obtain any passport during the period from August 22, 2007 to August 28, 2007.

Signed: August 20, 2007

_____
Dennis L. Howell
United States Magistrate Judge